UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 07-048 |
| v. | * | SECTION: "K(1)" |
| MANUEL RAY | * | |

\* \* \*

### O R D E R

Considering the foregoing

**IT IS HEREBY ORDERED** that the defendant, MANUEL RAY be given a three level decrease in his sentencing guidelines for acceptance of responsibility.

New Orleans, Louisiana, this 13th day of April, 2009.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE